**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marcos Santiago CEDILLO–**
**MENJIVAR, Defendant–**
**Appellant.**

No. 08–14892
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 18, 2009.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Marcos Santiago Cedillo–Menjivar, pro se.

Before TJOFLAT, DUBINA and KRAVITCH, Circuit Judges.

PER CURIAM:

David J. Joffe, appointed counsel for Marco Santiago Cedillo–Menjivar, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cedillo–Menjivar's conviction and sentence are **AFFIRMED.**